JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE KENYON,<br><br>           Plaintiff(s),<br><br>v.<br><br>MERITIZE FINANCIAL, INC.; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC, AND DOES 1-10 inclusive,<br><br>           Defendants. | Case No. 2:23-cv-03385-SPG-AGR<br><br>**ORDER RE: JOINT STIPULATION TO DISMISS WITH PREJUDICE [ECF NO. 38]** |

    The Court, having considered the Parties' joint stipulation, hereby GRANTS the Stipulation and ORDERS as follows

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

    IT IS SO ORDERED.

Dated: October 4, 2023

                                                HON. SHERILYN PEACE GARNETT
                                                UNITED STATES DISTRICT JUDGE